**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT

Appellate case name:     Jose Alfonso Guerrero v. The State of Texas

Appellate case number:   01-11-01013-CR

Trial court case number:  1741578

Trial court:             County Criminal Court at Law No. 4 of Harris County

This case was abated and remanded to the trial court on August 17, 2012. In the order of abatement, we ordered the trial court to determine whether appellant's counsel, W. Troy McKinney, had abandoned this appeal and, if not, to set a date certain when appellant's brief would be due. The trial court held a hearing on our order of abatement on September 4, 2012, and the court reporter has filed a record of the hearing. The reporter's record shows that the trial court found that counsel had not abandoned the appeal and ordered appellant's brief filed by October 3, 2012. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed **no later than October 3, 2012**. Given the extensive delay in the filing of appellant's brief, no further extensions will be granted.

Appellee's brief, if any, is ORDERED to be filed no later than 30 days from the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                    ☑ Acting individually     ☐ Acting for the Court

Date:  September 17, 2012